**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert Shane Fredd                                    CHAPTER 13
       Michelle L. Fredd

          Debtor(s)                                                   BKY. NO. 21-13097 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., and index same on the master mailing list.

                                     Respectfully submitted,

                            /s/ *Rebecca Solarz*
                            Rebecca Solarz
                            23 Nov 2021, 14:09:46, EST

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322