**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Robert Shane Fredd<br>Michelle L. Fredd<br>**Debtor(s)** | **Chapter** 13<br><br>**Case No.** 21-13097-PMM<br><br>**Matter:** Application for Compensation |

### CERTIFICATE OF NO RESPONSE

I, Paul D. Murphy-Ahles, Esquire, Attorney for Debtor(s), hereby certify that I have received no response to the Application for Compensation, which was filed November 18, 2021 at Document No. 10. I respectfully request this Honorable Court approve the Application without a hearing.

Date: February 3, 2022

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*