# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michelle L. Fredd<br>Robert Shane Fredd<br>             Debtor(s) | CHAPTER 13 |
| Foundation Finance Company, its successors and/or assigns<br>             Movant<br>vs. | NO. 21-13097 PMM |
| Michelle L. Fredd<br>Robert Shane Fredd<br>             Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>             Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Foundation Finance Company, which was filed with the Court on or about **January 26, 2022, docket number 16**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: March 29, 2022