| | |
|---|---|
| Robert Shane Fredd<br>Michelle L. Fredd<br>**Debtors/** | **Chapter** 13 |
| | **Case No.** 21-13097 (PMM) |
| | **Matter:** Application for Compensation |

### ORDER OF COURT

UPON CONSIDERATION of Debtors' Application for Compensation and Reimbursement of Expenses and cause appearing therefore, it is HEREBY ORDERED that the Application is GRANTED and that compensation to Paul D. Murphy-Ahles, Esquire is APPROVED in the amount of $4,000.00. It is FURTHER ORDERED that the Standing Chapter 13 Trustee is authorized to distribute to Paul D. Murphy-Ahles, Esquire the compensation as set forth in the Application minus the retainer payment of $325.00 which was pre-paid to Counsel for the preparation of the Voluntary Petition. This amount may be paid pursuant to the terms of the confirmed Plan.

Date:  4/8/22

US Bankruptcy Judge

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge