United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 21-13097-pmm

Robert Shane Fredd                                                              Chapter 13

Michelle L. Fredd

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2022 | Form ID: 155 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Shane Fredd, Michelle L. Fredd, 5137 Newport Road, Gap, PA 17527-9454 |
| 14650706 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14650711 | | Complete Collection Service, 1007 North Federal Highway #280, Fort Lauderdale, FL 33304-1422 |
| 14650712 | + | Conestoga Oral Surgery, 190 Good Drive, Lancaster, PA 17603-2353 |
| 14664695 | + | FOUNDATION FINANCE COMPANY, LLC, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14652881 | + | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197-0002 |
| 14650715 | | First National Bank of Omaha, PO Box 2490, Omaha, NE 68103-2490 |
| 14650719 | | Lancaster Emergency Associates, PO Box 417113, Boston, MA 02241-7113 |
| 14650720 | + | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14650722 | | Monarch Recovery Management, Inc., 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 14650726 | + | Renasant Bank, PO Box 709, Tupelo, MS 38802-0709 |
| 14650727 | | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 14651786 | + | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14650730 | + | Tsarouhis Law Group, LLC, 21 South 9th Street, Suite 200, Allentown, PA 18102-4861 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14651490 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Apr 07 2022 23:56:58 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14654523 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Apr 07 2022 23:56:53 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14650704 | + | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Apr 07 2022 23:46:00 | Ally Financial, Inc., Ally Detriot Center, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 14650705 | | Email/Text: bankruptcy@bbandt.com | | |
| | | | Apr 07 2022 23:46:00 | BB&T, PO Box 1847, Wilson, NC 27894-1847 |
| 14650707 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 07 2022 23:57:05 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14661601 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 07 2022 23:56:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14650709 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 07 2022 23:46:00 | Comenity Bank / BJ's, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 14650710 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 07 2022 23:46:00 | Comenity Bank / Wayfair, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14650713 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

District/off: 0313-4    User: admin    Page 2 of 3
Date Rcvd: Apr 07, 2022    Form ID: 155    Total Noticed: 45

| ID | Notice method / Address | Date | Recipient |
|---|---|---|---|
| | | Apr 07 2022 23:56:58 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14650716 | Email/Text: nwilliamson@foundationfinance.com | Apr 07 2022 23:46:00 | Foundation Finance Company, PO Box 437, Schofield, WI 54476 |
| 14650717 | + Email/Text: bankruptcy@greenskycredit.com | Apr 07 2022 23:46:00 | GreenSky, LLC, 1797 NE Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14664168 | + Email/Text: bankruptcy@greenskycredit.com | Apr 07 2022 23:46:00 | Greensky, LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14653101 | + Email/Text: Bankruptcy@absoluteresolutions.com | Apr 07 2022 23:46:00 | Icon Equities, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 14650708 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 07 2022 23:56:53 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14659455 | + Email/Text: RASEBN@raslg.com | Apr 07 2022 23:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14662850 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 07 2022 23:46:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14662459 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2022 23:56:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14650721 | + Email/Text: bankruptcy@marinerfinance.com | Apr 07 2022 23:46:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14650723 | + Email/Text: Bankruptcies@nragroup.com | Apr 07 2022 23:46:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14650724 | Email/PDF: cbp@onemainfinancial.com | Apr 07 2022 23:57:04 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 14652925 | + Email/PDF: cbp@onemainfinancial.com | Apr 07 2022 23:56:59 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14662727 | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2022 23:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14662726 | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2022 23:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14650725 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 07 2022 23:46:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14653804 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 07 2022 23:46:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14650728 | + Email/Text: bankruptcy@bbandt.com | Apr 07 2022 23:46:00 | Sheffield Financial, PO Box 580229, Charlotte, NC 28258-0229 |
| 14651051 | + Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 23:57:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14650729 | + Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 23:56:53 | Synchrony Bank / Littman Jewelers, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 14665162 | + Email/Text: bankruptcy@bbandt.com | Apr 07 2022 23:46:00 | TRUIST, P O BOX 1847, WILSON, NC 27894-1847 |
| 14662226 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 07 2022 23:46:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14650714 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 07 2022 23:46:00 | Elan Financial Services, PO Box 790408, Saint Louis, MO 63179-0408 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2022 | Form ID: 155 | Total Noticed: 45 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14650718 | ##+ | Keystone Collections Group, 2330 Vartan Way, Harrisburg, PA 17110-9763 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL DONALD MURPHY-AHLES | on behalf of Joint Debtor Michelle L. Fredd pmurphy@dplglaw.com  kgreene@dplglaw.com |
| PAUL DONALD MURPHY-AHLES | on behalf of Debtor Robert Shane Fredd pmurphy@dplglaw.com  kgreene@dplglaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Foundation Finance Company bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert Shane Fredd and Michelle L.
Fredd

| | |
|---|---|
| Debtor(s) | Chapter: 13 |
| | Bankruptcy No: 21−13097−pmm |

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this April 7, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

 C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

26
Form 155