United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13097-pmm |
| Robert Shane Fredd | Chapter 13 |
| Michelle L. Fredd | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert Shane Fredd, Michelle L. Fredd, 5137 Newport Road, Gap, PA 17527-9454 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2022 23:59:20 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 10, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL DONALD MURPHY-AHLES | on behalf of Joint Debtor Michelle L. Fredd pmurphy@dplglaw.com  kgreene@dplglaw.com |
| PAUL DONALD MURPHY-AHLES | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 08, 2022 | Form ID: pdf900 | Total Noticed: 3

on behalf of Debtor Robert Shane Fredd pmurphy@dplglaw.com kgreene@dplglaw.com

REBECCA ANN SOLARZ
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Foundation Finance Company bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

| | |
|---|---|
| Robert Shane Fredd<br>Michelle L. Fredd<br>**Debtors/** | Chapter 13<br><br>**Case No.** 21-13097 (PMM)<br><br>**Matter:** Application for Compensation |

### ORDER OF COURT

UPON CONSIDERATION of Debtors' Application for Compensation and Reimbursement of Expenses and cause appearing therefore, it is HEREBY ORDERED that the Application is GRANTED and that compensation to Paul D. Murphy-Ahles, Esquire is APPROVED in the amount of $4,000.00.  It is FURTHER ORDERED that the Standing Chapter 13 Trustee is authorized to distribute to Paul D. Murphy-Ahles, Esquire the compensation as set forth in the Application minus the retainer payment of $325.00 which was pre-paid to Counsel for the preparation of the Voluntary Petition. This amount may be paid pursuant to the terms of the confirmed Plan.

Date:  4/8/22

US Bankruptcy Judge

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge