| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-13097-PMM**

| | |
|---|---|
| Robert Shane Fredd | Petition Filed Date: 11/18/2021 |
| Michelle L. Fredd | 341 Hearing Date: 12/21/2021 |
| 5137 Newport Road | Confirmation Date: 04/07/2022 |
| Gap  PA    17527 | |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/28/2021 | $1,433.00 | | 01/18/2022 | $1,433.00 | | 02/17/2022 | $1,212.00 | |
| 03/17/2022 | $1,212.00 | | 04/18/2022 | $1,212.00 | | 05/17/2022 | $1,212.00 | |
| 06/17/2022 | $1,212.00 | | 07/18/2022 | $1,212.00 | | | | |

**Total Receipts for the Period:  $10,138.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,138.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $3,675.00 | $3,675.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA »» 001 | Unsecured Creditors | $375.04 | $27.38 | $347.66 |
| 2 | ONE MAIN FINANCIAL »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | ONE MAIN FINANCIAL »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ICON EQUITIES LLC »» 004 | Unsecured Creditors | $23,093.70 | $2,100.22 | $20,993.48 |
| 5 | ROCKET MORTGAGE LLC »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ALLY FINANCIAL »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $10,577.87 | $961.99 | $9,615.88 |
| 8 | CITIBANK NA »» 008 | Unsecured Creditors | $412.03 | $37.47 | $374.56 |
| 9 | US BANK NA »» 009 | Unsecured Creditors | $2,337.61 | $212.59 | $2,125.02 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,851.72 | $168.40 | $1,683.32 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $507.88 | $37.07 | $470.81 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $990.21 | $90.05 | $900.16 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $3,297.47 | $299.88 | $2,997.59 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $1,662.26 | $151.17 | $1,511.09 |
| 15 | PERITUS PORTFOLIO SERVICES II, LLC »» 015 | Unsecured Creditors | $493.89 | $36.05 | $457.84 |

**Chapter 13 Case No. 21-13097-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | MARINER FINANCE LLC<br>»» 016 | Unsecured Creditors | $2,749.15 | $250.01 | $2,499.14 |
| 17 | GREENSKY, LLC<br>»» 017 | Unsecured Creditors | $6,254.29 | $568.78 | $5,685.51 |
| 18 | GREENSKY, LLC<br>»» 018 | Unsecured Creditors | $3,548.83 | $322.74 | $3,226.09 |
| 19 | FOUNDATION FINANCE COMPANY<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TRUIST BANK<br>»» 020 | Unsecured Creditors | $2,001.80 | $182.05 | $1,819.75 |
| 21 | TRUIST BANK<br>»» 021 | Unsecured Creditors | $1,994.60 | $181.40 | $1,813.20 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,138.00 | Current Monthly Payment: | $1,212.00 |
| Paid to Claims: | $9,302.25 | Arrearages: | ($0.01) |
| Paid to Trustee: | $811.04 | Total Plan Base: | $73,161.99 |
| Funds on Hand: | $24.71 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.