| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 21-13097-PMM**

Robert Shane Fredd
Michelle L. Fredd
5137 Newport Road
Gap  PA   17527

Petition Filed Date: 11/18/2021
341 Hearing Date: 12/21/2021
Confirmation Date: 04/07/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2022 | $1,212.00 | | 09/19/2022 | $1,212.00 | | 10/18/2022 | $1,212.00 | |
| 11/21/2022 | $1,212.00 | | 12/19/2022 | $1,212.00 | | 01/18/2023 | $1,212.00 | |
| 02/21/2023 | $1,212.00 | | 03/20/2023 | $1,212.00 | | 04/17/2023 | $1,212.00 | |
| 05/17/2023 | $1,212.00 | | 06/20/2023 | $1,212.00 | | 07/17/2023 | $1,212.00 | |

**Total Receipts for the Period:  $14,544.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $24,682.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $3,675.00 | $3,675.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»»  001 | Unsecured Creditors | $375.04 | $114.57 | $260.47 |
| 2 | ONE MAIN FINANCIAL<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | ONE MAIN FINANCIAL<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ICON EQUITIES LLC<br>»»  004 | Unsecured Creditors | $23,093.70 | $7,054.27 | $16,039.43 |
| 5 | ROCKET MORTGAGE LLC<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ALLY FINANCIAL<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA<br>»»  007 | Unsecured Creditors | $10,577.87 | $3,231.16 | $7,346.71 |
| 8 | CITIBANK NA<br>»»  008 | Unsecured Creditors | $412.03 | $125.85 | $286.18 |
| 9 | US BANK NA<br>»»  009 | Unsecured Creditors | $2,337.61 | $714.05 | $1,623.56 |
| 10 | LVNV FUNDING LLC<br>»»  010 | Unsecured Creditors | $1,851.72 | $565.62 | $1,286.10 |
| 11 | LVNV FUNDING LLC<br>»»  011 | Unsecured Creditors | $507.88 | $155.13 | $352.75 |
| 12 | LVNV FUNDING LLC<br>»»  012 | Unsecured Creditors | $990.21 | $302.49 | $687.72 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  013 | Unsecured Creditors | $3,297.47 | $1,007.25 | $2,290.22 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  014 | Unsecured Creditors | $1,662.26 | $507.74 | $1,154.52 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | PERITUS PORTFOLIO SERVICES II, LLC »» 015 | Unsecured Creditors | $493.89 | $150.86 | $343.03 |
| 16 | MARINER FINANCE LLC »» 016 | Unsecured Creditors | $2,749.15 | $839.74 | $1,909.41 |
| 17 | GREENSKY LLC »» 017 | Unsecured Creditors | $6,254.29 | $1,910.45 | $4,343.84 |
| 18 | GREENSKY LLC »» 018 | Unsecured Creditors | $3,548.83 | $1,084.02 | $2,464.81 |
| 19 | FOUNDATION FINANCE COMPANY »» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TRUIST BANK »» 020 | Unsecured Creditors | $2,001.80 | $611.49 | $1,390.31 |
| 21 | TRUIST BANK »» 021 | Unsecured Creditors | $1,994.60 | $609.29 | $1,385.31 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,682.00 | Current Monthly Payment: | $1,212.00 |
| Paid to Claims: | $22,658.98 | Arrearages: | ($0.01) |
| Paid to Trustee: | $2,023.02 | Total Plan Base: | $73,161.99 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.