| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 21-13097-PMM

Robert Shane Fredd  
Michelle L. Fredd  
5137 Newport Road  
Gap  PA    17527  

Petition Filed Date: 11/18/2021  
341 Hearing Date: 12/21/2021  
Confirmation Date: 04/07/2022  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2023 | $1,212.00 | | 09/19/2023 | $1,212.00 | | 10/18/2023 | $1,212.00 | |
| 11/21/2023 | $1,212.00 | | 12/18/2023 | $1,212.00 | | 01/18/2024 | $1,212.00 | |
| 02/20/2024 | $1,212.00 | | 03/18/2024 | $1,212.00 | | 04/17/2024 | $1,212.00 | |
| 05/20/2024 | $1,212.00 | | 06/17/2024 | $1,212.00 | | 07/17/2024 | $1,212.00 | |

**Total Receipts for the Period:  $14,544.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $40,438.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $3,675.00 | $3,675.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $375.04 | $193.69 | $181.35 |
| 2 | ONE MAIN FINANCIAL GROUP LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | ONE MAIN FINANCIAL GROUP LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ICON EQUITIES LLC<br>»» 004 | Unsecured Creditors | $23,093.70 | $11,927.24 | $11,166.46 |
| 5 | ROCKET MORTGAGE LLC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ALLY FINANCIAL<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $10,577.87 | $5,463.19 | $5,114.68 |
| 8 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $412.03 | $212.77 | $199.26 |
| 9 | US BANK NA<br>»» 009 | Unsecured Creditors | $2,337.61 | $1,207.32 | $1,130.29 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,851.72 | $956.34 | $895.38 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $507.88 | $253.37 | $254.51 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $990.21 | $511.43 | $478.78 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $3,297.47 | $1,703.06 | $1,594.41 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $1,662.26 | $858.51 | $803.75 |

**Chapter 13 Case No. 21-13097-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 015 | Unsecured Creditors | $493.89 | $246.42 | $247.47 |
| 16 | MARINER FINANCE LLC<br>»» 016 | Unsecured Creditors | $2,749.15 | $1,419.83 | $1,329.32 |
| 17 | GREENSKY LLC<br>»» 017 | Unsecured Creditors | $6,254.29 | $3,230.15 | $3,024.14 |
| 18 | GREENSKY LLC<br>»» 018 | Unsecured Creditors | $3,548.83 | $1,832.87 | $1,715.96 |
| 19 | FOUNDATION FINANCE COMPANY<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TRUIST BANK<br>»» 020 | Unsecured Creditors | $2,001.80 | $1,033.86 | $967.94 |
| 21 | TRUIST BANK<br>»» 021 | Unsecured Creditors | $1,994.60 | $1,030.18 | $964.42 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,438.00 | Current Monthly Payment: | $1,212.00 |
| Paid to Claims: | $35,755.23 | Arrearages: | ($0.01) |
| Paid to Trustee: | $3,574.38 | Total Plan Base: | $73,161.99 |
| Funds on Hand: | $1,108.39 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.