| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 21-13097-PMM**

| | |
|---|---|
| Robert Shane Fredd | Petition Filed Date: 11/18/2021 |
| Michelle L. Fredd | 341 Hearing Date: 12/21/2021 |
| 5137 Newport Road | Confirmation Date: 04/07/2022 |
| Gap  PA   17527 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2024 | $1,212.00 | | 09/17/2024 | $1,212.00 | | 10/18/2024 | $1,212.00 | |
| 11/19/2024 | $1,212.00 | | 12/17/2024 | $1,212.00 | | 01/17/2025 | $1,212.00 | |
| 02/18/2025 | $1,212.00 | | 03/17/2025 | $1,212.00 | | 04/17/2025 | $1,212.00 | |
| 05/19/2025 | $1,212.00 | | 06/18/2025 | $1,212.00 | | 07/17/2025 | $1,212.00 | |

**Total Receipts for the Period: $14,544.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $54,982.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL D. MURPHY-AHLES ESQUIRE | Attorney Fees | $3,675.00 | $3,675.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA »» 001 | Unsecured Creditors | $375.04 | $281.35 | $93.69 |
| 2 | ONE MAIN FINANCIAL GROUP LLC »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | ONE MAIN FINANCIAL GROUP LLC »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ICON EQUITIES LLC »» 004 | Unsecured Creditors | $23,093.70 | $17,324.88 | $5,768.82 |
| 5 | ROCKET MORTGAGE LLC »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ALLY FINANCIAL INC aka ALLY BANK »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $10,577.87 | $7,935.53 | $2,642.34 |
| 8 | CITIBANK NA »» 008 | Unsecured Creditors | $412.03 | $301.50 | $110.53 |
| 9 | US BANK NA »» 009 | Unsecured Creditors | $2,337.61 | $1,753.68 | $583.93 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,851.72 | $1,389.14 | $462.58 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $507.88 | $371.63 | $136.25 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $990.21 | $742.86 | $247.35 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $3,297.47 | $2,473.78 | $823.69 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $1,662.26 | $1,247.03 | $415.23 |

**Chapter 13 Case No. 21-13097-PMM**

| 15 | PERITUS PORTFOLIO SERVICES II, LLC »» 015 | Unsecured Creditors | $493.89 | $361.41 | $132.48 |
|---|---|---|---|---|---|
| 16 | MARINER FINANCE LLC »» 016 | Unsecured Creditors | $2,749.15 | $2,062.41 | $686.74 |
| 17 | GREENSKY LLC »» 017 | Unsecured Creditors | $6,254.29 | $4,691.95 | $1,562.34 |
| 18 | GREENSKY LLC »» 018 | Unsecured Creditors | $3,548.83 | $2,662.33 | $886.50 |
| 19 | FOUNDATION FINANCE COMPANY »» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TRUIST BANK »» 020 | Unsecured Creditors | $2,001.80 | $1,501.73 | $500.07 |
| 21 | TRUIST BANK »» 021 | Unsecured Creditors | $1,994.60 | $1,496.37 | $498.23 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,982.00 | Current Monthly Payment: | $1,212.00 |
| Paid to Claims: | $50,272.58 | Arrearages: | ($0.01) |
| Paid to Trustee: | $4,683.36 | Total Plan Base: | $73,161.99 |
| Funds on Hand: | $26.06 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.