Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Robert Shane Fredd
Michelle L. Fredd
5137 Newport Road
Gap, PA 17527

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 21-13097-PMM**

Petition Filed Date: 11/18/2021
341 Hearing Date: 12/21/2021
Confirmation Date: 04/07/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $1,212.00 | | 09/17/2025 | $1,212.00 | | 10/20/2025 | $1,212.00 | |
| 11/18/2025 | $1,212.00 | | 12/17/2025 | $1,212.00 | | 01/20/2026 | $1,212.00 | |
| 02/18/2026 | $1,212.00 | | 03/17/2026 | $1,212.00 | | 04/17/2026 | $1,212.00 | |
| 05/18/2026 | $1,212.00 | | 06/17/2026 | $1,212.00 | | 07/17/2026 | $1,212.00 | |

**Total Receipts for the Period: $14,544.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $69,526.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL D. MURPHY-AHLES ESQUIRE | Attorney Fees | $3,675.00 | $3,675.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $375.04 | $362.52 | $12.52 |
| 2 | ONEMAIN FINANCIAL GROUP LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | ONEMAIN FINANCIAL GROUP LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ICON EQUITIES LLC<br>»» 004 | Unsecured Creditors | $23,093.70 | $22,323.08 | $770.62 |
| 5 | ROCKET MORTGAGE LLC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | JP MORGAN CHASE BANK NA<br>»» 007 | Unsecured Creditors | $10,577.87 | $10,224.89 | $352.98 |
| 8 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 008 | Unsecured Creditors | $412.03 | $383.45 | $28.58 |
| 9 | US BANK NA<br>»» 009 | Unsecured Creditors | $2,337.61 | $2,259.61 | $78.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,851.72 | $1,789.92 | $61.80 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $507.88 | $490.93 | $16.95 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $990.21 | $957.17 | $33.04 |

**Chapter 13 Case No. 21-13097-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $3,297.47 | $3,187.44 | $110.03 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $1,662.26 | $1,606.79 | $55.47 |
| 15 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 015 | Unsecured Creditors | $493.89 | $477.40 | $16.49 |
| 16 | MARINER FINANCE LLC<br>»» 016 | Unsecured Creditors | $2,749.15 | $2,657.41 | $91.74 |
| 17 | GREENSKY INC #3877<br>»» 017 | Unsecured Creditors | $6,254.29 | $6,045.59 | $208.70 |
| 18 | GREENSKY INC #3877<br>»» 018 | Unsecured Creditors | $3,548.83 | $3,430.41 | $118.42 |
| 19 | FOUNDATION FINANCE COMPANY<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TRUIST BANK<br>»» 020 | Unsecured Creditors | $2,001.80 | $1,935.00 | $66.80 |
| 21 | TRUIST BANK<br>»» 021 | Unsecured Creditors | $1,994.60 | $1,928.04 | $66.56 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $69,526.00 | Current Monthly Payment: | $1,212.00 |
| Paid to Claims: | $63,734.65 | Arrearages: | ($0.01) |
| Paid to Trustee: | $5,776.54 | Total Plan Base: | $73,161.99 |
| Funds on Hand: | $14.81 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.